IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES COTTON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY, NEBRASKA; and JACQUELINE ESCH, M.D., in her official capacity as a medical doctor of Douglas County Corrections,<br><br>　　　　　　Defendants. | 8:16CV153<br><br>ORDER |

　　　　This matter is before the court on correspondence received by the court from the plaintiff (attached hereto). The plaintiff is currently represented by legal counsel, Travis J. Penn. The plaintiff and his counsel are reminded,

> Once an attorney is appointed or retained, all further documents and other communications with the court must be submitted through the attorney, unless the court permits otherwise. Any further pro se documents or other communications submitted to the court may be (1) returned unfiled to the sending party or (2) forwarded to the sending party's attorney.

NEGenR 1.3(i). Nevertheless, it appears the correspondence impacts the relationship between the plaintiff and his counsel and whether such counsel will remain. Accordingly, the court will make the correspondence part of the record and allow counsel an opportunity to respond.

　　　　**IT IS ORDERED:**

　　　　1.　　Travis J. Penn shall have until **October 28, 2016**, to file a response to the plaintiff's correspondence.

　　　　2.　　The plaintiff's deadline to amend the complaint is suspended until the court resolves the issue related to the plaintiff's counsel.

　　　　3.　　The Clerk of Court shall attach to this order the October 14, 2016, correspondence received from the plaintiff.

4. The Clerk of Court shall mail a copy of this order to the plaintiff at his address contained in the correspondence.

Dated this 21st day of October, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge