IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES COTTON, | |
| Plaintiff, | 8:16CV153 |
| vs. | ORDER |
| DOUGLAS COUNTY, NEBRASKA; and JACQUELINE ESCH, in her official capacity as a medical doctor of Defendant Douglas County Department of Corrections; | |
| Defendants. | |

This matter is before the Court on correspondence from plaintiff James Cotton ("Cotton") (Filing No. 29). The Court construes the correspondence as a Motion for an Extension of Time in which to File an Amended Complaint. This is an action for deprivation of civil rights under the Civil Rights Act of 1871, 42 U.S.C. § 1983; the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12101 *et seq.*, as amended, and § 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794. Jurisdiction is based on 28 U.S.C. §§ 1331 and 1343. Cotton is presently an inmate at Douglas County Department of Corrections ("DCDC"). He has been granted leave to proceed in forma pauperis.

The plaintiff asks that his complaint be held in abeyance until he is transferred to another facility after his sentencing on January 26, 2017. In the interest of justice, the court finds the motion should be granted. The plaintiff is granted an extension to February 27, 2017 to file an Amended Complaint.

The Court notes that the plaintiff, who is now pro se (having fired his counsel) has been granted several extensions of time to file an Amended Complaint. Plaintiff is admonished that, in the absence of good cause beyond what he has based prior requests on, he will not be given any further extensions of time.

**IT IS ORDERED:**

1. Cotton's correspondence (Filing No. 29), construed as a Motion for an Extension of Time in which to File an Amended Complaint is GRANTED.

2. Cotton shall file an Amended Complaint on or before February 27, 2017.

3. The Clerk of Court shall provide a copy of this Order to Cotton at his last known address.

Dated this 20th day of January, 2017.

BY THE COURT:

s/ *Robert F. Rossiter, Jr.*
United States District Judge