IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES COTTON,<br><br>                Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY, NEBRASKA, and JACQUELINE ESCH, in her official capacity as a medical doctor of Defendant Douglas County, Corrections;<br><br>                Defendants. | 8:16CV153<br><br>ORDER TO SHOW CAUSE |

On January 20, 2017, this Court ordered Plaintiff to file an amended complaint by February 27, 2017. (Filing No. 31.) To date, Plaintiff has not done so, and no further activity has occurred in this case.

IT IS ORDERED:

1. By or before April 7, 2017, Plaintiff shall show cause, by affidavit, why this action should not be dismissed due to Plaintiff's failure to file an amended complaint in accordance with this Court's directive. Failure to comply with this Order will result in a recommendation that this case be dismissed without further notice.

2. The Clerk of Court is directed to set a case management deadline using the following text: "April 7, 2017, Deadline for Plaintiff to Show Cause."

3. The Clerk of Court shall provide a copy of this Order to Plaintiff at his last known address.

Dated this 8th day of March, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge