# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES COTTON,<br><br>    Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY, NEBRASKA, and JACQUELINE ESCH, in her official capacity as a medical doctor of Defendant Douglas County, Corrections,<br><br>    Defendants. | 8:16CV153<br><br>**ORDER TO SHOW CAUSE** |

This matter is before the Court on the expiration of plaintiff James Cotton's ("Cotton") deadline to file an amended complaint (Filing No. 31). On October 5, 2016, the Court entered an Order (Filing No. 23) granting defendants Douglas County Department of Corrections and Douglas County's Motion to Dismiss for Failure to State a Claim (Filing No. 13), dismissing the Douglas County Department of Corrections as a defendant, and granting Cotton leave to file an Amended Complaint within fourteen days. That deadline was suspended while the Court resolved an issue related to Cotton's counsel, and the deadline was extended two more times after the issue was resolved. The most recent extension stated it was the final extension, and it expired on February 27, 2017. Cotton has not filed an Amended Complaint.

Cotton shall have until March 22, 2017, to show good cause why this case should not be dismissed with prejudice.

IT IS SO ORDERED.

Dated this 8th day of March, 2017.

BY THE COURT:

s/ *Robert F. Rossiter, Jr.*
United States District Judge